Michelle B. Baker, Esq., State Bar No. 199130
Michael S. Cunningham, Esq., State Bar No. 272969
**BAKER & CUNNINGHAM, LLP**
4370 La Jolla Village Drive, Suite 655
San Diego, California 92122
Telephone: (858) 452-0093
Facsimile: (858) 750-1049

Attorneys for ROBERT YOUNG and
THOMAS ROSS

Jeffrey W. Noe, State Bar No. 167387
R. Jeffrey Warren, State Bar No. 266454
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL, LLP**
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California, 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: jnoe@kleinlaw.com

Attorneys for DAVE'S FLEET MAINTENANCE &
TOWING and KARS TOWING & TRANSPORT, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT YOUNG, and individual; and THOMAS ROSS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVE'S FLEET MAINTENANCE & TOWING, a California corporation; KARS TOWING & TRANSPORT, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   1:12-CV-01771-LJO-JLT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>District Judge: Hon. Lawrence J. O'Neill<br>Magistrate Judge: Hon. Jennifer L. Thurston |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their designated counsel, that the above-entitled action, in its entirety (including all complaints and claims, and as to all defendants), be and hereby is dismissed *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear his or its own respective costs and expenses, including attorneys' fees, incurred in connection with this action.

Date: February 1, 2013

                    BAKER & CUNNINGHAM, LLP

                    By: /s/ Michelle B. Baker (authorized on 2/1/13)
                       MICHELLE B. BAKER
                       Attorneys for ROBERT YOUNG and
                       THOMAS ROSS

Date: February 1, 2013

                    KLEIN, DeNATALE, GOLDNER,
                    COOPER, ROSENLIEB & KIMBALL, LLP

                    By: /s/ Jeffrey W. Noe
                       JEFFREY W. NOE
                       Attorneys for DAVE'S FLEET
                       MAINTENANCE & TOWING and KARS
                       TOWING & TRANSPORT, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based on the parties' stipulation, this Court DISMISSES with prejudice this entire action and all claims and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **February 4, 2013**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE